IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30406
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES DOUGLAS PICKERING,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 96-CR-93-B
- - - - - - - - - -
February 20, 1998
Before JOLLY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

James Douglas Pickering challenges the sufficiency of the
evidence to support his conviction for the transfer or
unauthorized use of food stamp coupons. He argues that the
Government failed to defeat his entrapment defense because it did
not show that he was predisposed to commit the crimes for which
he was convicted. He argues that his acquittal on Count One of
his indictment precluded guilty verdicts on the remaining counts.
We have reviewed the record and the parties' briefs and AFFRIM.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

See <u>United States v. Knox</u>, 112 F.3d 802, 807 (5th Cir. 1997);

<u>United States v. Morris</u>, 974 F.2d 587, 588 (5th Cir. 1992).

AFFIRMED.